# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE RUSSELL, | Case No. CV 15-7472-SP |
| Plaintiff, | |
| v. | **MEMORANDUM OPINION AND ORDER ADOPTING REPORT AND RECOMMENDATION** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

On March 31, 2017, the assigned magistrate judge issued a Report and Recommendation, recommending that the decision of the Commissioner of the Social Security Administration denying benefits to plaintiff be reversed, and that the case be remanded to the Commissioner. The parties were given until April 14, 2017 to file objections to the Report and Recommendation, but neither did so.

Meanwhile, on April 2, 2017, plaintiff filed a statement of consent to have the magistrate judge conduct all proceedings in this case. Defendant had previously filed her statement of consent (much earlier, on November 19, 2015). Although plaintiff gave consent late in the case, the Local Rules of this court permit the parties to consent "at any time prior to the entry of judgment." L.R. 73-3. Consequently, on April 3, 2017, the case was reassigned to the magistrate judge

1

for all further proceedings and final disposition.

As no objections to the Report and Recommendation were filed within the time permitted, and as nothing else has caused the court to reconsider its previous findings, the court adopts and incorporates by reference the findings in the Report and Recommendation.

IT IS THEREFORE ORDERED that Judgment be entered reversing the decision of the Commissioner denying benefits, and remanding this action for further administrative proceedings consistent with the Report and Recommendation as incorporated into this Memorandum Opinion and Order.

Dated: April 17, 2017  _____

SHERI PYM
United States Magistrate Judge