UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| LORRAINE RUSSELL, | ) | CASE NO. CV 15-7472-SP |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | AWARDING ATTORNEY'S |
| v. | ) | FEES AND COSTS PURSUANT |
| | ) | TO THE EQUAL ACCESS TO |
| | ) | JUSTICE ACT, 28 U.S.C. |
| NANCY A. BERRYHILL, | ) | § 2412(d), AND COURT COSTS |
| ACTING COMMISSIONER OF | ) | PURSUANT TO |
| SOCIAL SECURITY, | ) | 28 U.S.C. § 1920 |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of FIVE-THOUSAND ONE-HUNDRED DOLLARS and NO CENTS ($5,100.00), as authorized by 28 U.S.C. § 2412(d), and Court costs in the amount of FOUR-HUNDRED DOLLARS and NO CENTS, pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation.

Dated: July 11, 2017

_____
UNITED STATES MAGISTRATE JUDGE

1